UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:12-CR-105-5F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| KAMIE JO HEFNER | ) | |
| a/k/a "Camie Jo Hefner" | ) | |
| a/k/a "Camie Ho" | ) | |
| Defendant. | | |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 145 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the 11th day of July, 2013.

James C. Fox
Senior U.S. District Judge