IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-105-F-5
No. 5:15-CV-585-F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KAMIE JO HEFNER | ) | |

This matter is before the court on Defendant Kamie Jo Hefner's Motion for Leave to File Response [DE-195]. Counsel for Ms. Hefner seeks additional time to file a response to the Government's Motion to Dismiss [DE-190]. Defense counsel indicates that the instant motion is unopposed. For good cause shown, and with the consent of the Government, the motion is ALLOWED. Defendant shall have up to and including February 12, 2016 to file a response the the Government's Motion to Dismiss.

SO ORDERED.

This the 8' day of January, 2016.

JAMES C. FOX
Senior U.S. District Judge