IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-105

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KAMIE JO HEFNER, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the United States' response in opposition [D.E. 293], the court DENIES defendant's motion for early termination of supervised release [D.E. 289]. See 18 U.S.C. § 3583(e); [D.E. 293–1]; cf. 18 U.S.C. § 3553(a). Defendant engaged in serious and prolonged criminal activity, has repeatedly failed on state probation, and the public needs the protection that supervised release provides.

SO ORDERED. This 18 day of September, 2026.

JAMES C. DEVER III
United States District Judge